OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458      FEB 13 2015
$ 00.26⁵
MAILED FROM ZIP CODE 78701

2/9/2015

**OLTMAN, RONALD KEITH    Tr. Ct. No. 1364712-A                WR-82,840-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RONALD KEITH OLTMAN

U TF